IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| OLAKWESU Y. ELBEY, etc., | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:17cv469-MHT (WO) |
| DONALD VALENZA, Sheriff, et al., | ) ) ) ) | |
| Respondents. | ) | |

OPINION

Pursuant to 28 U.S.C. § 1651, petitioner Olakwesu Y. Elbey, a frequent federal litigant who is not an attorney, filed this lawsuit seeking the release of Kharon Torchec Davis, an inmate in the Houston County Jail facing a charge of capital murder. Davis did not sign the petition, and it is unclear whether he agreed to its filing. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the petition be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of August, 2017.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE